# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
IN CLERK'S OFFICE

# MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

'05 JAN 11 A 10: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

_Errol Walker_____,
Plaintiff(s),

v.

Case No. _____

_I. Ashcroft Et al_____,
Defendant(s).


I request leave to commence this civil action without prepayment of fees, costs,

or security therefor pursuant to 28 U.S.C. § 1915.  In support of my request, I submit the

attached financial affidavit and state that:
  (1)    I am unable to pay such fees, costs, or give security therefor.
  (2)    I am entitled to commence this action against the defendant(s).
  (3)    I request that the court direct the United States Marshal's Service to serve
         process.

_Errol Walker_____
Original Signature

_Errol Walker_____
Name (print or type)
_160 Elm St._____
Street Address
_Green field MA  01301_
City        State      Zip Code
(    )_____
Telephone Number

Revised 6/12/02

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Errol Walker
_____
Plaintiff(s),

v.                                        Case No. ------------------------

J. Ashcroft Et Al
_____
Defendant(s).

I declare that:

(1)    I am unable to pay such fees, costs, or give security therefor.
(2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

## MARITAL STATUS
Single __✓__ Married ____ Separated ____ Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No __✓__
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____ None _____
The names and ages of my children are:
Name _____ None _____    Age _____
Name _____ None _____    Age _____
Name _____ None _____    Age _____

## RESIDENCE
Street Address: _____ N/A _____
City: _____ N/A _____ State: _____
Zip Code: _____ Telephone: _____

## EDUCATION

*Incarcerated*

Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 (8)    High School  9 10 11 (12)
College  1 2 3 4    Post-Graduate  1 2 3 4

## EMPLOYMENT
If <u>employed</u> at present, complete the following:
Name of employer: _____ *N/H* _____
Address of employer: _____ *N/H* _____
How long employed by present employer: _____
Income:  Monthly _____ *N/H* _____    Weekly ___ *N/H* ___

If <u>self-employed</u> state weekly wages: _____ *N/H* _____
What is the nature of your employment? _____ *N/H* _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19____
The name of my last employer: _____
Address: _____ *N/H* _____
Telephone #: ( ) _____
The last salary or wages received: _____ *etc* _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: ___ *etc* ___ *N/H* ___
How long employed: ___ *etc* ___
Income:  Monthly ___ *etc* ___    Weekly _____
What is the nature of spouse's employment? _____ *N/H* _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $___ *etc* ___ monthly _____ weekly _____
for myself and family of ___ *etc* ___.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

## FINANCIAL STATUS
Owner of real property? Yes ____ No ✓
If yes, description: _____ *N/H* _____
Address: _____
In whose name? _____
Estimated value: _____ *N/H* _____
Amount owed: _____
Owed to: _____
Total: _____ / Monthly payment _____

Owed to: _____

Total: _____ Monthly payment _____

Annual income from property: _____

Other property:

Automobile: Make _____ Model _____ Year _____

Registered owner(s) name(s): _____

Present value of automobile: _____

Owed to: _____

Amount owed: _____

Cash on hand:

Cash in banks and savings and loan associations: ___ 0 ___

Names and addresses of banks and associations: ___ 0 ___

_____ ___ 0 ___

_____ ___ 0 ___

## OBLIGATIONS:

| | |
|---|---|
| Monthly rental on house or apartment: | $ ___ 00 ___ |
| Monthly mortgage payment on house: | $ ___ 00 ___ |
| Gas bill per month: | $ ___ 00 ___ |
| Electric bill per month: | $ ___ 00 ___ |
| Phone bill per month: | $ ___ 00 ___ |
| Car payments per month: | $ ___ 00 ___ |
| Car insurance payments per month: | $ ___ 00 ___ |
| Other types of insurance payments per month | $ ___ 00 ___ |
| Monthly payments to retail merchants: | $ ___ 00 ___ |
| Please list:_____ | $ ___ 00 ___ |
| Please list:_____ | $ ___ 00 ___ |
| Monthly payments on any other outstanding loans or debts: | $ ___ 00 ___ |
| Please list:_____ | $ ___ 00 ___ |
| Please list:_____ | $ ___ 00 ___ |
| Any money owed to doctors, hospitals, lawyers | |
| Please list:_____ | $ ___ 00 ___ |
| Please list:_____ | $ ___ 00 ___ |
| Monthly payment for maintenance or child support under separation or dissolution agreement: | $ ___ 00 ___ |
| Estimated monthly expenditure on food: | $ ___ 00 ___ |
| Estimated monthly expenditure on clothing: | $ ___ 00 ___ |

Total amount of monthly obligations:    $ ___ 00 ___

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): N/A.

_____

_____

_____

I certify that I mailed to the following by first class, U.S. Postage, Attorney General John Ashcroft, U.S. Dept. of Justice; 955 N.W. Pennsylvania Ave. Washington D.C; 20553. Immigration And Naturalization Service, 450 Main Street Hartford Connecticut, 06103, Franklin House Of Corrections And Jail, Superintendent, Byron and Deputy Superintendents Fitzpatrick, Hall, And INS, Facility rep. Shepered, located at 160 Elm Street Greenfield Ma.01301.

*[signature]*

*1-10-05*

NOTARY

*Katina A. Fortin*

KATINA A. FORTIN
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 22, 2005

1-3-05

*Errol Walker*

Errol Walker, plaintiff

160 Elm street

Greenfield, Ma 01301

Letter

The plaintiff asks the court for leniency pertaining to the documents submitted
the plaintiff is aware of the number of copies recommended by the courts .because of
hardship and limited access to material and funds I have submitted what I could. Again
beg the courts pardon.

7