UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERROL WALKER<br>      Plaintiff,<br>v.<br>ATTORNEY GENERAL JOHN ASHCROFT<br>SHERIFF FREDERICK MACDONALD,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br><br>      Defendants. | CIVIL ACTION<br>NO. 05-30015-MAP |

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the Defendants SHERIFF FREDERICK, MACDONALD, SUPERINTENDENT BYRON, DEPUTY SUPERINTENDENT SHEPARD and DEPUTY SUPERINTENDENT FITZPATRICK, in the above-entitled action.

            Respectfully submitted,
            Commonwealth of Massachusetts
            By Its Attorney,

            THOMAS F. REILLY
            ATTORNEY GENERAL

            William P. O'Neill  BBO#379745
            Assistant Attorney General
            Western Massachusetts Division
            1350 Main Street
            Springfield, MA 01103-1629
            (413)784-1240 FAX: 784-1244