UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

ERROL WALKER

Check if previously referred:

V.

CA/CR No. 05-30015

ATTY GENERAL JOHN ASHCROFT

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

    X      Referred for full pretrial case management, not including dispositive motions:

(B)        Referred for discovery purposes only.

(C)        Referred for Report and Recommendation on:

   ( ) Motion(s) for injunctive relief
   ( ) Motion(s) for judgment on the pleadings
   ( ) Motion(s) for summary judgment
   ( ) Motion(s) to permit maintenance of a class action
   ( ) Motion(s) to suppress evidence
   ( ) Motion(s) to dismiss
   ( ) Post Conviction Proceedings[1]
   See Documents Numbered: _____

(D)        Case referred for events only. See Doc. No(s). _____

(E)        Case referred for settlement.

(F)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   ( ) In accordance with Rule 53, F.R.Civ.P.
   ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)        Special Instructions: __SCHEDULING CONFERENCE__

__6/30/05__                        By:   __/s/ Elizabeth A. French__
Date                                      Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions