UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| ERROL WALKER <br>                  Plaintiff, <br>          v. <br> ATTORNEY GENERAL JOHN ASHCROFT <br> SHERIFF FREDERICK MACDONALD, <br> SUPERINTENDENT BYRON, <br> DEPUTY SUPERINTENDENT SHEPARD <br> DEPUTY SUPERINTENDENT FITZPATRICK, <br><br>                  Defendants. | CIVIL ACTION <br> NO. 05-30015-MAP |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, the Defendants, Sheriff Frederick Macdonald, Superintendent Byron, Deputy Superintendent Shepard, and Deputy Superintendent Fitzpatrick moves this Court to enter summary judgment in their favor since the Plaintiff has failed to state a claim upon which relief can be granted.

In support of such Motion, the Defendants state that the Plaintiff Errol Walker is no longer a resident of Franklin County House of Corrections. *See Affidavit of Sheriff Macdonald attached.* The Plaintiff is barred from any injunctive relief. *Purvis v. Ponte*, 929 F .2d 822,825 (1st Cir. 1991) (holding that former inmate's action against prison officials was moot because he no longer resided at the prison) *Also see Patrick E. Dullen v. Sheriff Macdonald*, C.A. No. 05-30101-KPN and *Omar Marrero v. Franklin County, et al.*, C.A. No. 04-30230-KPN

Further, insofar as the Plaintiff's suit is brought against Sheriff Macdonald, Superintendent Byron, Deputy Superintendent Shepard, and Deputy Superintendent Fitzpatrick in their official capacities as state administrators, it is barred under the Eleventh Amendment to the United States Constitution, which proscribes damage suits against states or its officials in their official capacities without their consent. *See Florida Prepaid Postsecondary Educ. Expense Bd. v. College Sav. Bank*, 527 U.S. 627, 634 (1999); *Hans v. Louisiana,* 134 U.S. 1,20 (1890) and *Greenless v. Almond*, 277 F.3d 601, 606-07 (1st Cir. 2002)

WHEREFORE, the Defendants respectfully requests that summary judgment be entered in their favor in the above-entitled action as the plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, the Defendants respectfully request that summary judgment be entered in their favor in the above-entitled action.

Respectfully submitted,
Commonwealth of Massachusetts
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, Assistant Attorney General, hereby certify that on September 22, 2005, I served a copy of the foregoing Table of Contents, Affidavit, and a Certificate of Service by first-class Mail, postage prepaid upon plaintiff pro se, at his last known address, Errol Walker, 160 Elm Street, Greenfield, Massachusetts 01301

William P. O'Neill
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERROL WALKER<br>              Plaintiff,<br>                     v.<br>ATTORNEY GENERAL JOHN ASHCROFT<br>SHERIFF FREDERICK MACDONALD,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br><br>              Defendants. | CIVIL ACTION<br>NO. 05-30015-MAP |

## AFFIDAVIT OF FRED MACDONALD AS SHERIFF OF FRANKLIN COUNTY HOUSE OF CORRECTIONS

I, Fred Macdonald, do hereby depose and state under oath as follows:

1.    I am the Sheriff of Franklin County House of Corrections in Franklin County.

2.    Errol Walker was incarcerated from July 9, 2004 to March 21, 2005.

3.    Mr. Walker is no longer being housed in the Franklin County House of Corrections.

This statement is made under the pains and penalties of perjury this 29th day of July 2005.

Sheriff Fred Macdonald
Franklin County House of Corrections