```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

```
ERROL WALKER,             )
          Plaintiff       )
                          )
     v.                   ) CIVIL ACTION NO. 05-30015-MAP
                          )
ATTORNEY GENERAL JOHN     )
ASHCROFT, ET AL,          )
          Defendants      )
```

<u>MEMORANDUM AND ORDER REGARDING
MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS HALL, MACDONALD, BYRON,
FITZPATRICK AND SHEPARD</u>
(Docket No. 8)

October 26, 2005

PONSOR, U.S.D.J.

This is an action brought by the Plaintiff, <u>pro se</u>, against the Attorney General of the United States, the Sheriff of Franklin County and five employees of the Franklin County House of Corrections (Defendants Hall, MacDonald, Byron, Shepard and Fitzpatrick). Counsel for all Defendants except the Attorney General has moved for summary judgment, on the ground that the Plaintiff is no longer housed at the Franklin County House of Corrections and therefore may not claim injunctive relief. Defendants contend that any claims for damages are barred by the Eleventh Amendment. Thus far, no answer or responsive

pleading has been filed on behalf of the Attorney General.[1]

In violation of the Local Rules, Plaintiff has failed to file any opposition to the Motion for Summary Judgment of the five state defendants.  For this reason, the Motion for Summary Judgment is hereby ALLOWED.  The clerk is ordered to notify the local U.S. Attorney's office informally of the absence of any appearance on behalf of the Attorney General.  If answer or other responsive pleading is filed by the Attorney General within sixty days of the date of this order, the court will direct the plaintiff to move for default.

It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge

---

[1] Attorney General John Ashcroft was originally named as defendant. The court assumes that the current Attorney General would be substituted for this party.