**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Errol Walker<br><br>    Plaintiff,<br><br>v.<br><br>Attorney General, John Ashcroft, et al.<br><br>    Defendants. | Civil Action No. 05-30015-MAP |

**APPEARANCE**

To the Clerk of this court:

Enter my appearance as counsel in this case for the defendant, the Attorney General of the United States.

I certify that I am admitted to practice in this court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  /s/Karen L. Goodwin
      Karen L. Goodwin
      Assistant U.S. Attorney
      1550 Main Street, Room #310
      Springfield, MA 01103
      413-785-0235
      Bar No. 549398

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Errol Walker, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

                              /s/Karen L. Goodwin
                              Karen L. Goodwin