UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Errol Walker<br><br>         Plaintiff,<br><br>v.<br><br>Attorney General, John Ashcroft, et al.<br><br>         Defendants. | **Civil Action No. 05-30015-MAP** |

MOTION TO EXTEND TIME

The defendant, the Attorney General of the United States, moves to extend until January 9, 2006, the time period for responding to the complaint.  As grounds for this motion, the states that the response date set by the court of December 26, 2006, was inadvertently overlooked.

The undersigned counsel for the defendant respectfully requests that she be excused from the conference requirements of Local Rule 7.1 due to the fact that the pro se plaintiff is incarcerated.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                     By:  /s/Karen L. Goodwin
                                           Karen L. Goodwin
                                           Assistant U.S. Attorney
                                           1550 Main Street,  Room #310
                                           Springfield,  MA 01103
                                           413-785-0235
                                           Bar No. 549398

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Errol Walker, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

                                              /s/Karen L. Goodwin
                                              Karen L. Goodwin