UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Errol Walker<br><br>      Plaintiff,<br><br>v.<br><br>Attorney General, John Ashcroft, et al.<br><br>      Defendants. | Civil Action No. 05-30015-MAP |

MOTION TO DISMISS

The defendant, the Attorney General of the United States, pursuant to Fed. R. Civ. P. 12(b)(1), moves to dismiss the complaint for lack of subject matter jurisdiction. A supporting memorandum of law accompanies this motion.

The undersigned counsel for the defendant respectfully requests that she be excused from the conference requirements of Local Rule 7.1 due to the fact that the pro se plaintiff is incarcerated.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By: _____
                                          Karen L. Goodwin
                                          Assistant U.S. Attorney
                                          1550 Main Street, Room #310
                                          Springfield, MA 01103
                                          413-785-0235
                                          Bar No. 549398

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Errol Walker, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

*Karen T. Goodwin*
Karen L. Goodwin