# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERROL WALKER,

    Plaintiff(s)

v.                                          CIVIL ACTION NO. 3:05 -30015 -MAP

ATTORNEY GENERAL,
JOHN ASHCROFT, ET AL.,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the defendants Attorney General John Ashcroft, et al, against the plaintiffs Errol Walker, pursuant to the court's endorsed order entered this date, granting the defendants motion to dismiss.

                                                  SARAH A. THORNTON,
                                                  CLERK OF COURT

Dated: February 3, 2006          By /s/ Maurice G. Lindsay
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment.wpd - 11/98)

                                                                              [jgm.]